**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6223**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES PINSON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:19-cr-00250-1)

_____

Submitted:  May 30, 2024                    Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Pinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Pinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part B, Subpart 1, of Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Pinson*, No. 2:19-cr-00250-1 (S.D.W. Va. Feb. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*